# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re: Alma Jeanne Slizyk,**    **Debtor.**

**ALMA JEANNE SLIZYK,**
                  **Appellant,**

**-vs-**                                                                                  **Case No. 6:06-cv-1896-Orl-19**

**STEVEN A. SMILACK,**
                  **Appellee.**
_____

## ORDER

This case comes before the Court on the following:

1. Debtor's Motion to Compel the Plaintiff to Comply with this Court's Orders Dated 1/22/09, 4/23/09 and 9/1/09 and Show Cause Why Plaintiff Should Not be Sanctioned by Appellant Alma Jeanne Slizyk (Doc. No. 31, filed Oct. 22, 2009); and

2. Defendant's Motion for Dismissal of Adversary Proceedings as Provided by Fed. R. Bankr. P. 7037 Sanction for Plaintiff's Intentional Failure to Obey this Court's Multiple Orders by Appellant Alma Jeanne Slizyk (Doc. No. 32, filed Oct. 22, 2009.)

### Analysis

On January 11, 2007, Appellant Alma Jeanne Slizyk filed an appeal from an Order of the United States Bankruptcy Court with this Court. (Doc. No. 11.) On July 24, 2007, this Court entered an Order affirming the Order of the United States Bankruptcy Court. (Doc. No. 18.) After granting Appellant's Motion for Reconsideration (Doc. No. 22, filed Aug. 20, 2007), the Court again affirmed the Order of the Bankruptcy Judge. (Doc. No. 24, filed Aug. 28, 2007.) On May 21, 2008, the Eleventh Circuit found that the "bankruptcy court . . . abused its discretion in holding that [Appellant

Alma Jeanne Slizyk's] debt was not dischargeable, because there was no indication in the record that the court ever applied the correct legal test . . . ." (Doc. No. 29, filed July 9, 2008.) This Court subsequently vacated a portion of the bankruptcy court's decision in accordance with the Eleventh Circuit's Order and remanded the case to the bankruptcy court with instructions to reconsider the issue according to the guidance provided by the Eleventh Circuit. (Doc. No. 30, filed July 11, 2008). On October 22, 2009, Defendant filed both a Motion to Compel the Plaintiff to Comply with the Bankruptcy Court's Orders and a Motion to Dismiss. (Doc. Nos. 31, 32.) These Motions were filed in the district court. (*Id.*) However, because the case is currently pending in the bankruptcy court and the Defendant seeks relief from the bankruptcy court, the Motions should not have been filed in the district court, but instead should have been filed in the bankruptcy court. Accordingly, the Motions will be stricken from the record.

## Conclusion

Debtor's Motion to Compel the Plaintiff to Comply with this Court's Orders Dated 1/22/09, 4/23/09 and 9/1/09 and Show Cause Why Plaintiff Should Not be Sanctioned by Appellant Alma Jeanne Slizyk (Doc. No. 31, filed Oct. 22, 2009) and Defendant's Motion for Dismissal of Adversary Proceedings as Provided by Fed. R. Bankr. P. 7037 Sanction for Plaintiff's Intentional Failure to Obey this Court's Multiple Orders by Appellant Alma Jeanne Slizyk (Doc. No. 32, filed Oct 22, 2009) are **STRICKEN** from the record.

**DONE** and **ORDERED** in Orlando, Florida on November 19, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties